## D. D. MASSENBURG (D. G. Massenburg), Appellant, v. STATE, Appellee.
### No. 24461.

Court of Criminal Appeals of Texas.
May 25, 1949.

No appearance for appellant on appeal.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for working a female employee overtime, punishment by a fine of $135.

Appellant has filed in this court his affidavit requesting that his appeal be dismissed, and the request is hereby complied with and the appeal is ordered dismissed.